Anna Hsia (SBN 234179)
anna@zwillgen.com
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile:  (415) 636-5965

Attorneys for Non-Party
YAHOO! INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Irish Bank Resolution Corporation Limited (in Special Liquidation) | Miscellaneous Case No.  5:16-mc-80018-NC<br><br>Underlying Case No. 13-12159<br>(United States Bankruptcy Court for the District of Delaware)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND ORDER**<br><br>Hearing Date: February 17, 2016<br>Hearing Time: 1:00 p.m.<br>Courtroom: 7<br>Judge: Honorable Nathanael M. Cousins |

NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND ORDER

TO THE COURT AND ALL PARTIES OF RECORD:

The underlying subpoena giving rise to the dispute has been wholly withdrawn by the foreign representatives of the Irish Bank Resolution Corporation Limited. Accordingly, non-party, subpoena respondent Yahoo! Inc. ("Yahoo") hereby withdraws its motion to quash (Docket No. 1) currently set for hearing on February 17, 2016.

Dated:  February 2, 2016                                  Respectfully submitted,

/s/ Anna Hsia_____
Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, California 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
anna@zwillgen.com

**ORDER**

Because the underlying subpoena giving rise to the dispute has been wholly withdrawn by the foreign representatives of the Irish Bank Resolution Corporation Limited, the clerk shall take the February 17, 2016 motion date off calendar.

**SO ORDERED.**

Dated:  February 2, 2016



HONORABLE NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT

NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I authorized the electronic filing of the foregoing documents, NO**TICE OF WITHDRAWAL OF MOTION TO QUASH AND [PROPOSED] ORDER**, with the Clerk of the Court using the CM/ECF system to be served on the parties by electronic transmission and via overnight mail to the non-CM/ECF participants indicated below:

David R. Hurst, Esq.
COLE SCHOTZ, p.c.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2016.

**ZWILLGEN LAW LLP**

Dated:  February 2, 2016          By:  */s/ Anna Hsia*
                                       Anna Hsia (SBN 234179)
                                       ZWILLGEN LAW LLP
                                       235 Montgomery Street, Suite 425
                                       San Francisco, California 94104
                                       Telephone:  (415) 590-2341
                                       Facsimile:  (415) 636-5965
                                       anna@zwillgen.com